**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**KAMAL WILLIAMS,**

**Plaintiff,**

**v.** **Case No. 5:25cv174-MCR/MJF**

**CHARLENE LONG-HARTSFIELD, et al.,**

**Defendants.**

______________________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation dated May 29, 2026. ECF No. 14. The Court has furnished Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 14, is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), for failure to state a claim upon which relief can be granted.

3. The Clerk of the Court is directed to close the case file.

**DONE AND ORDERED** this 11th day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**